FILED

AUG 20 2012

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )   Case No. 12-CR-3429-WQH
                                         )
                    Plaintiff,           )
                                         )   ORDER ALLOWING UNSEALED FILING
             v.                          )   OF SEARCH WARRANTS AND SEARCH
                                         )   WARRANT AFFIDAVITS
TERENCE J. BONNER,                       )
                                         )
                    Defendant.           )
                                         )
_____)

This matter comes before the Court upon the motion of the United States for authorization to file in the public record, for purposes of discovery in the above-captioned case and because sealing is no longer necessary, versions of the following sealed search warrants and search warrant affidavits that have been redacted to remove the Defendant's address, phone number, and similar personal identifiers:

(1)    **12-MJ-0861 - In the Matter of the Search of Address Located at Campo, California**

(2)    **12-MJ-2431 - In the Matter of the Search of email address t.j.bonner@sbcglobal.net**

(3)    **12-MJ-2428 - In the Matter of the Search of email address tjbonner@nbpc.net**

After considering the motion and the file in this case, the Court finds good cause for the relief requested, and

IT IS HEREBY ORDERED that the Motion is granted, and redacted versions of the above-listed search warrants and search warrant affidavits may be filed in the public record by the United States; the Clerk of Court shall accept such redacted versions for filing.

IT IS SO ORDERED.

DATED: __8/20/12__.

_____
HONORABLE JAN M. ADLER
United States Magistrate Judge