MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA                    VS              TERRENCE BONNER (1)

Case Number: 12CR3429-WQH         **EXHIBIT LIST**        Type of Hearing: EVIDENTIARY HEARING

X  Plaintiff ____ Defendant ____ Court

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| 1 | March 26, 2013 | March 26, 2013 | Email with attachments - diagrams of guns |
| 2 | March 26, 2013 | March 26, 2013 | Search warrant photo |
| 3 | March 26, 2013 | March 26, 2013 | Search warrant photo |
| 4 | March 26, 2013 | March 26, 2013 | Search warrant photo |
| 5 | March 26, 2013 | March 26, 2013 | Search warrant photo |
| 6 | March 26, 2013 | March 26, 2013 | Search warrant photo |
| 7 | March 26, 2013 | March 26, 2013 | Search warrant photo |
| 8 | March 26, 2013 | March 26, 2013 | Search warrant photo |
| 9 | March 26, 2013 | March 26, 2013 | Search warrant photo |
| 10 | March 26, 2013 | March 26, 2013 | Search warrant photo |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|                          | VS |                          |
| ------------------------ | -- | ------------------------ |
| USA                      |    | TERRENCE BONNER (1)      |

Case Number: 12CR3429-WQH          **EXHIBIT LIST**          Type of Hearing: EVIDENTIARY HEARING