MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| USA | | VS | TERENCE BONNER (1) |
|-----|---|----|-------------------|

Case Number:   12CR3429-WQH          **WITNESS LIST**   Type of Hearing:  EVIDENTIARY HEARING

| DATE | PLF. | DEF. | WITNESS NAME |
|------|------|------|--------------|
| March 26, 2013 | X | | Edmund Estrada |
| March 26, 2013 | | X | Rebecca Phenicie |
| March 26, 2013 | | X | Carolyn Novinskey |
| March 26, 2013 | | X | Devin Rocky Porter |
| March 26, 2013 | | X | Terence Bonner |
| April 30, 2013 | X | | Richard Porth |
| April 30, 2013 | X | | Kenneth Townsend |
| June 26, 2013 | X | | Kerin Eberle |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |