MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA                    VS                    TERENCE BONNER (1)

Case Number: 12CR3429-WQH          **EXHIBIT LIST**      Type of Hearing: EVIDENTIARY HEARING

_____ Plaintiff   X Defendant _____ Court

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| A | March 26, 2013 | | Documents seized from defendant's house |
| B | March 26, 2013 | | Documents seized from defendant's house |
| C | March 26, 2013 | March 26, 2013 | Documents seized from defendant's house (to be returned) |
| D | March 26, 2013 | March 26, 2013 | Xerox copy |
| E | March 26, 2013 | | DEA Manuel |
| F | June 26, 2013 | | Search Warrant |
| G | June 26, 2013 | | Search Warrant |
| H | June 26, 2013 | | Chronology prepared by K. Eberle |
| I | June 26, 2013 | | E-mail from Phenicie to Eberle |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA                                    VS                    TERENCE BONNER (1)

Case Number: 12CR3429-WQH        **EXHIBIT LIST**        Type of Hearing: EVIDENTIARY HEARING

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|-----|-----------|-------------|-------------|
|     |           |             |             |