MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA                                     VS                    Terence Bonner

Case Number:  12CR3429-WQH          **EXHIBIT-WITNESS LIST**    Type of Hearing: Evidentiary Hearing

### PLAINTIFF

| NO. | DATE I.D. | DATE REC'VD | | WITNESSES Pltf | Def | Name: |
|-----|-----------|-------------|---|------|-----|-------|
| 1 | September 4, 2013 | September 4, 2013 | Case Notes | X | | Kathryn Butterfield |
| 2 | September 4, 2013 | | Emails from K. Butterfield | | | |
| 3 | September 4, 2013 | September 4, 2013 | Memorandum | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### DEFENDANT

| NO. | DATE I.D. | DATE REC'VD | | WITNESSES Pltf | Def | Name: |
|-----|-----------|-------------|---|------|-----|-------|
| A | September 4, 2013 | | Management Directive System | | X | Rebecca Phenicie |
| B | September 4, 2013 | | Memorandum from Thomas Frost | | | |
| C | September 4, 2013 | | Memorandum of understanding | | | |
| D | September 4, 2013 | | Report of Investigation 12/15/2009 | | | |
| E | September 4, 2013 | | Emails | | | |
| F | September 4, 2013 | | Notes of Butterfield | | | |
| H | September 4, 2013 | | Report of Investigation 1/19/2010 | | | |
| I | September 4, 2013 | | Report of Investigation | | | |
| J | September 4, 2013 | | Report of Investigation | | | |
| K | September 4, 2013 | | Report of Investigation 3/1/2010 | | | |
| L | September 4, 2013 | | Report of Investigation  3/2012 | | | |
| M | September 4, 2013 | | Report of Investigation 12/4/2012 | | | |